**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6247**

ANSEL P. STREET,

                    Plaintiff – Appellant,

          v.

MRS. POWELL, Main Medical Staff; DR. LIGHTSEY; NURSE GILES,

                    Defendants – Appellees,

          and

NURSE JONES; NURSE WILLIAMS,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge.  (5:10-ct-03179-BO)

Submitted:  July 25, 2013              Decided:  July 29, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ansel P. Street, Appellant Pro Se. Kelly Street Brown, Elizabeth
Pharr McCullough, YOUNG, MOORE & HENDERSON, PA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ansel P. Street appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Street v. Mrs. Powell, No. 5:10-ct-03179-BO (E.D.N.C. Feb. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED